IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ZACHARY ROSS MEADOWS                                                                                   PLAINTIFF

v.                                     Civil No. 14-2258

SHERIFF RON BROWN;
SERGEANT CARRY LYNN SELF-
DOWDY; and LIEUTENANT
VENA CUPP                                                                                              DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. The Plaintiff proceeds *pro se.* Plaintiff was incarcerated in the Crawford County Detention Center when he filed the case.

By Order entered on December 15, 2014 (Doc. 2), the Plaintiff was given until December 31, 2014, to either complete and return an *in forma pauperis* (IFP) application or pay the $350 filing fee and $50 administrative fee, a total of $400. Plaintiff was advised that if he failed to return the completed IFP application or pay the $400 by December 31, 2014, the complaint would become subject to summary dismissal for failure to obey an order of the Court. In this same order, Plaintiff was advised that he was required to immediately inform the Court of any change of address. By separate Order entered on December 15, 2014 (Doc. 3), Plaintiff was directed to complete and return for filing an addendum. The addendum was due on December 31, 2014.

To date, Plaintiff has not submitted an IFP application or paid the filing fee. Plaintiff has not filed the addendum. When he was released from the detention center, he did not submit a new address to the Court. Instead, Court staff obtained his address and entered a change of address on his behalf (Doc. 5). All mail returned as undeliverable was resent. No mail has been returned as undeliverable since the address change was entered.

I therefore recommend that this case be dismissed without prejudice based on the Plaintiff's failure to obey and Orders of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 15th day of July, 2015.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE