IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ZACHARY ROSS MEADOWS                                                                         PLAINTIFF

v.                                    Case No. 2:14-CV-02258

SHERIFF RON BROWN; SERGEANT CARRY LYNN
SELF-DOWDY; and LIEUTENANT VENA CUPP                                              DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 6) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to obey orders of the Court and failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 8th day of October, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE