IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ZACHARY ROSS MEADOWS                                                            PLAINTIFF

v.                          Case No. 2:14-CV-02258

SHERIFF RON BROWN; SERGEANT CARRY LYNN
SELF-DOWDY; and LIEUTENANT VENA CUPP                              DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE .

IT IS SO ADJUDGED this 8th day of October, 2015.

*/s/ P. K. Holmes, III*

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE